CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 20 2009

JOHN F. CORCORAN, CLERK
BY: /s/ J. Clatt
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

TROY W. DALTON,

    Petitioner,

v.

GENE M. JOHNSON, DIRECTOR,

    Respondent.

Case No. 7:09CV00337

**FINAL ORDER**

By: Glen E. Conrad
United States District Judge

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED**, pursuant to Rule 4 of the Rules Governing § 2254 Cases, and this action is stricken from the active docket of the court.

ENTER: This 20th day of August, 2009.

_____
United States District Judge